UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JACQUETT, | NO. 2:06-CV-2938-RHW-JPH |
| Plaintiff, | ORDER ALLOWING ADDITIONAL BRIEFING |
| v. | |
| D.K. SISTO, | |
| Defendant. | |

This Court stayed this matter pending issuance of final disposition of Hayward v. Marshall, 603 F. 3d 546 (9th Cir. 2010). Mandate issued on June 10, 2010 and that matter is now final.

The Court will allow, but not require, the parties to submit any additional briefing they desire in response or comment to the final decision in Hayward v. Marshall, supra. Such additional briefing should be filed with the clerk of court on or before September 7, 2010.

IT IS SO ORDERED this **6th** day of August, 2010.

s/ James P. Hutton
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER * - 1